JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERTO R. MORENO,            )  NO. CV 08-4486-CAS(E)
              Petitioner,   )
     v.                      )  JUDGMENT
T. OCHOA, Warden,             )
              Respondent.   )
_____)

     Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed without prejudice.

     DATED: November 7, 2008.

                                _____
                                  CHRISTINA A. SNYDER
                               UNITED STATES DISTRICT JUDGE